UNITED STATES of America,
Plaintiff–Appellee,

v.

Reginald Jerome CHANDLER,
Defendant–Appellant.

No. 06–15073
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 26, 2007.

Reginald Jerome Chandler, Estill, SC, pro se.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, retained counsel for Reginald Jerome Chandler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Chandler's conviction and sentence are **AFFIRMED.**